KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile:  (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 8/4/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00373 RMW |
|         Plaintiff, ) | |
|   v. ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| EDWARD HARVEY, ) | |
|         Defendant. ) | |

      This matter came before the Court for a status conference on the defendant's pre-trial motions on Monday, July 25, 2005.  Counsel for the government and the defendant were present. Based on the colloquy at the hearing, the Court rules as follows:

      IT IS HEREBY ORDERED that the case is continued to September 26, 2005 at 9:00 a.m. for a status conference.

      IT IS FURTHER ORDERED that the period of time from July 25, 2005 through and including September 26, 2005 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B).  The Court finds that the ends of justice served by this continuance

outweigh the best interests of the public and the defendant in a speedy trial for the following reasons:

The parties require the additional time to exchange discovery including the computer evidence in this case which will require that the parties first enter into a protective order. Therefore, the additional time is required for the effective preparation of counsel.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this __4__ day of August 2005.

 /s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113