KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CSNB 224447)
Assistant U.S. Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, CA, 95113
  Telephone: 408-535-5054
   Facsimile: 408-535-5066

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 12/21/05*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                Plaintiff, )<br>                     v.          )<br>                                   )<br>EDWARD AARON HARVEY, JR. )<br>                             Defendant. )<br>_____ ) | CR 05-00373 RMW<br><br><br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

     This matter came before the Court for a status conference on Monday, December 12, 2005. Counsel for the government and the defendants were present. Based on the colloquy at the hearing, the Court rules as follows:

     IT IS HEREBY ORDERED that the case is continued to April 24, 2006 at 9:00 a.m. for the setting of dates for motions and/or trial.

     IT IS FURTHER ORDERED that the period of time from December 12, 2005 through and including April 24, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial for the following

ORDER EXCLUDING TIME
U.S. v. HARVEY

reasons:

      The parties require the additional time to exchange the substantial digital evidence in this case and for the defense to analyze that evidence. The defense will also need the additional time to consider potential pre-trial motions in this matter. Furthermore, counsel for defendant Edward Harvey has also indicated his unavailability for much of the intervening period. Therefore, the additional time is required for the effective preparation of counsel.

      For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this 21 day of December, 2005.

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

JAY RORTY, ESQ.
Counsel for Edward Harvey
Federal Public Defender's Office
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

ORDER EXCLUDING TIME
U.S. v. HARVEY