KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CSNB 224447)
Assistant U.S. Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA, 95113
Telephone: 408-535-5054
Facsimile: 408-535-5066

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES OF AMERICA, ) CR 05-00373
                          )
        Plaintiff,        )
                          )
   v.                     )
                          )
EDWARD AARON HARVEY, JR.  ) ORDER CONTINUING CASE AND
                          ) EXCLUDING TIME UNDER THE
        Defendant.        ) SPEEDY TRIAL ACT, 18 U.S.C. § 3161
                          )

This matter came before the Court for a status conference on Monday, July 17, 2006. Counsel for the government and the defendants were present. Based on the colloquy at the hearing, the Court rules as follows:

IT IS HEREBY ORDERED that the case is continued to July 17, 2006 at 9:00 a.m. for the hearing on pretrial motions.

IT IS FURTHER ORDERED that the period of time from July 17, 2006 through and including October 16, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial for the following

[Proposed] ORDER EXCLUDING TIME
U.S. v. HARVEY

reasons:

The defense intends to file pretrial motions. The parties have agreed on the following pretrial motions schedule:

| | |
|---|---|
| Defendant's Opening Brief due: | September 22, 2006 |
| Government's Responsive Brief due: | October 6, 2006 |
| Defendant's Optional Reply Brief due: | October 12, 2006 |
| Hearing on Pretrial Motions: | October 16, 2006 at 9:00 a.m. |

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this 3 day of ~~July~~ August, 2006.

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

JAY RORTY, ESQ.
Counsel for Edward Harvey
Federal Public Defender's Office
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

[Proposed] ORDER EXCLUDING TIME
U.S. v. HARVEY