KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CSNB 224447)
Assistant U.S. Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, CA, 95113
  Telephone: 408-535-5054
  Facsimile: 408-535-5066
  Email: shawna.yen2@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 10/18/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR 05-00373 RMW |
| v. | ) STIPULATION AND |
| | ) [] ORDER CONTINUING |
| | ) CASE AND EXCLUDING |
| EDWARD AARON HARVEY, JR. | ) TIME UNDER THE |
| Defendant. | ) SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

        This matter was set for a hearing on defendant's pretrial motions on October 16, 2006.
The briefing schedule had previously provided that the defense would file its pretrial motions by
September 22, 2006, that the government would respond by October 6, 2006, and that the
defense's optional reply brief would be due on October 11, 2006.

        The parties hereby stipulate to continue the hearing to October 30, 2006 at 9:00 a.m.  The
reason for the continuance is that counsel for the United States needs the additional time to
obtain the declarations of witnesses and otherwise respond the defense's Motion to Suppress
Evidence and Statements, which was filed on September 26, 2006 by agreement of the parties.

[] ORDER EXCLUDING TIME
U.S. v. HARVEY

1

2

3   The parties therefore agree to the following revised schedule:

4   Government's Responsive Brief Due:         October 20, 2006

5   Defendant's Optional Reply Brief Due:       October 27, 2006

6   Hearing on Pretrial Motions:                October 30, 2006 at 9:00 a.m.

7   The parties hereby stipulate that the period of time from October 16, 2006 through and

8   including October 30, 2006 shall be excluded from the period of time within which trial must

9   commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United

10   States Code, Sections 3161(h)(1)(F) and 3161(h)(8)(A), considering the factors set forth in

11   Section 3161(h)(8)(B).  Specifically, time is excludable under Section 3161(h)(f) for the

12   effective preparation of counsel, the prompt disposition of the pretrial motions pending before

13   the Court, and because the ends of justice served by this continuance outweigh the best interests

14   of the public and the defendant in a speedy trial.

15

16   Dated: 10/11/06                              _____/S/_____
                                                  SHAWNA YEN
17                                                Assistant U.S. Attorney

18

19   Dated: 10/11/06                              _____/S/_____
                                                  JAY RORTY
20                                                Assistant Federal Public Defender

21

22

23

24

25

26

27

28

[] ORDER EXCLUDING TIME
U.S. v. HARVEY

1

2 KEVIN V. RYAN (CSBN 118321)
United States Attorney

3 MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

4

5 SHAWNA YEN (CSNB 224447)
Assistant U.S. Attorney

6
150 Almaden Boulevard, Suite 900

7 San Jose, CA, 95113
Telephone: 408-535-5054

8 Facsimile: 408-535-5066
Email: shawna.yen2@usdoj.gov

9

10 Attorneys for Plaintiff

11                    IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13 UNITED STATES OF AMERICA,          )
                                      )   CR 05-00373
14               Plaintiff,           )
                                      )
15        v.                          )   [
                                      )   ORDER CONTINUING CASE AND
16 EDWARD AARON HARVEY, JR.           )   EXCLUDING TIME UNDER THE
                                      )   SPEEDY TRIAL ACT, 18 U.S.C. § 3161
17               Defendant.           )
   _____)

18

19        Based on the stipulation of the parties, and good cause having been found:

20        IT IS HEREBY ORDERED that the case is continued to October 30, 2006 at 9:00 a.m.

for the hearing on pretrial motions.   In addition, the following briefing schedule shall apply:

21
             Government's Responsive Brief Due:        October 20, 2006

22
             Defendant's Optional Reply Brief Due:     October 27, 2006

23
          IT IS FURTHER ORDERED that the period of time from October 16, 2006 through and

24
including October 30, 2006 shall be excluded from the period of time within which trial must

25
commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United

26
States Code, Section 3161(h)(1)(F) and Section 3161(h)(8)(A), considering the factors set forth

27
in Section 3161(h)(8)(B).   The Court finds that the ends of justice served by this continuance

28

[] ORDER EXCLUDING TIME
U.S. v. HARVEY

outweigh the best interests of the public and the defendant in a speedy trial for the following

reasons:   the defense filed a Motion to Suppress Evidence and Statements in which declarations

from witnesses in Michigan were attached.  The United States requires the additional time to

obtain declarations from other witnesses and to otherwise respond to this motion which was filed

on September 26, 2006 by agreement of the parties.   Accordingly, the time is required for the

effective preparation of counsel and the prompt disposition of the pending pretrial motions.

     For the foregoing reasons, the Court finds that the interests of justice in granting this

continuance outweigh the defendant's and the public's interests in a speedy trial.

     Dated this _18_ day of October, 2006.


          /s/ Ronald M. Whyte_____
          RONALD M. WHYTE
          United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

JAY RORTY, ESQ.
Counsel for Edward Harvey
Federal Public Defender's Office
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

[] ORDER EXCLUDING TIME
U.S. v. HARVEY