KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CSNB 224447)
Assistant U.S. Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, CA, 95113
  Telephone: 408-535-5054
  Facsimile: 408-535-5066
  Email: shawna.yen2@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 4/3/07*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br>     v.<br>EDWARD AARON HARVEY, JR.<br>             Defendant. | CR 05-00373-RMW<br><br>[] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

This matter came before the Court on Monday, February 5, 2007 for a trial-setting conference. Counsel for the government and the defendant were present. Based on the colloquy at the hearing, the Court rules as follows:

IT IS HEREBY ORDERED that the trial in this matter is set to begin on May 7, 2007 at 1:00 p.m. In addition, a final pretrial conference is scheduled for April 26, 2007 at 2:00 p.m.

IT IS FURTHER ORDERED that the period of time from February 5, 2007 through and including April 26, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the time is excludable, and that the ends of justice served by this continuance

[] ORDER EXCLUDING TIME
U.S. v. HARVEY

outweigh the best interests of the public and the defendant in a speedy trial for the following reasons:  the additional time is required for counsel to prepare for trial;  for the parties to resolve certain discovery issues, which may result in motion practice;  and for the government to potentially seek a second superseding indictment.

For the foregoing reasons, the Court finds that the time is excludable for effective preparation of counsel, and that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this 3 day of April, 2007.



RONALD M. WHYTE
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

JAY RORTY, ESQ.
Counsel for Edward Harvey
Federal Public Defender's Office
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

[] ORDER EXCLUDING TIME
U.S. v. HARVEY