1  BARRY J. PORTMAN
   Federal Public Defender
2  JAY RORTY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant EDWARD HARVEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION      *E-FILED - 8/20/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD HARVEY, )<br>)<br>Defendant. )<br>_____ ) | No. CR 05-00373 RMW<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE SENTENCING** |

Assistant United States Attorney Shawna Yen and defendant, Edward Harvey, through his counsel, Assistant Federal Public Defender Jay Rorty, stipulate and agree that the hearing date in the above-captioned matter, presently scheduled for August 20, 2007, should be continued to October 29, 2007 at 9:00 a.m..

The reason for this continuance is to allow the U.S. Probation Department time to complete its pre-sentence report.  U.S. Probation Officer Karen Mar has no objections.

Dated: August 10, 2007                    _____/S/_____
                                          JAY RORTY
                                          Assistant Federal Public Defender


Dated: August 14, 2007                    _____/S/_____
                                          SHAWNA YEN
                                          Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00373 RMW |
| Plaintiff, | **[] ORDER CONTINUING SENTENCING DATE** |
| v. | |
| EDWARD HARVEY, | |
| Defendant. | |

The parties have jointly requested to continue the hearing date set for August 20, 2007 to October 29, 2007 at 9:00 a.m. to allow the U.S. Probation Office to complete its pre-sentence report.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for August 20, 2007 be continued to October 29, 2007 at 9:00 a.m. Pursuant to the parties' stipulation.

Dated: August 20, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

2