SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066

Attorneys for Plaintiff                                      *E-FILED - 11/2/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 05-00373 RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CORRECT |
| v. | ) | SENTENCE UNDER RULE 35(a) and |
| | ) | [] ORDER |
| EDWARD AARON HARVEY, | ) | |
| Defendant. | ) | |

     This case came before the court on October 29, 2007 for a sentencing hearing. At that time, the Court imposed a sentence of 144 months of BOP custody as to each of Counts 1-3, with each of those sentences to run concurrently with each other.

     It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant Edward Aaron Harvey, Assistant Federal Public Defender Jay Rorty, that the sentence imposed by the Court be corrected in one respect, pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure. Specifically, because Count Three carries a statutory maximum sentence of 10 years, the parties stipulate that the sentence as to Count Three should be corrected to be 120 months of BOP custody.

     The parties agree, however, the remainder of the sentence imposed by the Court is correct

and should remain intact.   Thus, Harvey remains sentenced to 144 months BOP custody as to Counts 1 and 2, and those sentences should run concurrently with the sentence of 120 months BOP custody as to Count 3.

                                                    Respectfully submitted,

Dated: November 1, 2007         SCOTT N. SCHOOLS
                                           UNITED STATES ATTORNEY

                                                     /S/
                                            _____
                                            SHAWNA YEN

Dated: November 1, 2007             /S/

                                            _____
                                            LARA VINNARD for
                                            JAY RORTY
                                            Assistant Federal Public Defender
                                            Attorneys for Edward Aaron Harvey

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 05-00373 RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [] ORDER TO CORRECT |
| v. | ) | SENTENCE UNDER RULE 35(a) |
| | ) | |
| EDWARD AARON HARVEY, | ) | |
| | ) | |
| Defendant. | ) | |

     Based on the stipulation of the parties and for good cause shown,

     IT IS HEREBY ORDERED that, pursuant to Federal Rule of Criminal Procedure 35(a), the sentence as to Count Three be corrected to 120 months, reflecting the statutory maximum for that count.

     IT IS FURTHER ORDERED that the sentence of 144 months BOP custody as to Counts One and Two is to run concurrently with the sentence of 120 months BOP custody as to Count Three.  The remainder of the Court's sentence stands.

     Dated this 2 day of November, 2007.

                                                _____
                                                RONALD M. WHYTE
                                                United States District Judge