*E-FILED - 1/25/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD HARVEY,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendant. | Case No. C-10-00019 RMW<br><br>Criminal Case: No. CR-05-00373-RMW<br><br>ORDER DENYING MOTION TO VACATE AND VARIOUS RELATED MOTIONS<br><br>**[Re Docket No. 1 (Action No. C-10-00019 RMW) and Docket Nos. 101, 102, 104, 105, 106, 120, 121, 123, and 125 (Action No. CR-05-00373)]** |

　　　　Defendant Edward Harvey has filed numerous motions, notices and requests which have titles including ""Freedom of Information Act Request & Privacy Request,""Motion for Default Judgment," "Notice and Demand for Mandatory Judicial Notice,""Notice of Intent to File Criminal and/or Civil Complaint and for Declaratory and/or Injunctive Relief," "Notice of Intent to Petition for Extraordinary Writ in the Nature of Mandamus" and "Motion to Inspect Grand Jury Minutes."  It is difficult to follow Harvey's reasoning and figure out what he claims the government did that entitles him to relief.  However, it appears that in essence Harvey is pursuing a motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255 and attempting to gather and present information related to his claims by other than traditional discovery.

ORDER DENYING MOTION TO VACATE AND VARIOUS RELATED MOTIONS
NO. CR-05-00373-RMW

Harvey pled guilty on April 16, 2010 pursuant to a plea agreement to offenses of advertising, transporting and possessing child pornography. He was sentenced in accordance with the plea agreement on October 29, 2007. His sentence included 144 months of custody and a limited waiver of his rights to appeal and collaterally attack his sentence. He filed a notice of appeal on October 30, 2007 but then moved to voluntarily dismiss the appeal which was granted by the court of appeals on March 26, 2008. Thereafter, beginning on November 9, 2009, he filed his various motions, notices and requests that are the subject of this order.

The grounds for Harvey's § 2255 motion appear to be: (1) his sentence was imposed in violation of the Constitution or laws of the United States; (2) the court was without jurisdiction to impose such sentence; and (3) the sentence is subject to collateral attack. *See, for e.g.,* Motion for Default Judgment filed April 8, 2009 at p. 9. Harvey cites a multitude of legal propositions but fails to offer any facts justifying relief. Therefore, the motion must be dismissed pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts: "If it plainly appears from the motion, any attached exhibits, and the record of prior proceedings that the moving party is not entitled to relief, the judge must dismiss the motion and direct the clerk to notify the moving party."

Harvey was not entitled to discovery prior to this dismissal order. Rule 6(a) requires a showing of good cause and authorization of the court to conduct discovery, and Rule 6(b) authorizes discovery only if the requesting party has provided reasons for the request. Harvey has failed to show good cause or provide reasons for any discovery.

Harvey's motion for relief pursuant to § 2255 and all his related requests and motions are denied. This order is intended to deny all pending motions or requests that Harvey has filed as of the date of this order.

DATED:     1/25/11

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO VACATE AND VARIOUS RELATED MOTIONS
NO. CR-05-00373-RMW

**Copy of Order electronically mailed to:**

**Counsel for the Government:**

Shawna Yen					shawna.yen2@usdoj.gov

**Copy of Ordered mailed to:**

Edward Harvey
c/o F.C.I. Loretto
#39728-039
Federal Correction Institution
P.O. Box 1000
Loretto, PA 15940

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Dated:   1/25/11					/s/ JG
					Chambers of Judge Whyte

ORDER DENYING MOTION TO VACATE AND VARIOUS RELATED MOTIONS
NO. CR-05-00373-RMW