*E-FILED - 2/23/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD HARVEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. C-10-00019 RMW<br><br>Related Criminal Case: No. CR-05-00373 RMW<br><br>ORDER GRANTING PETITIONER'S REQUEST TO SUBMIT ADDENDUM; DENYING PETITIONER'S REQUEST TO APPEAL IN FORMA PAUPERIS; AND DENYING CERTIFICATE OF APPEALABILITY<br><br>**[Re Docket Nos. 2 and 3 (Action No. C-10-00019 RMW) and Docket Nos. 128 and 129 (Action No. CR-05-00373)]** |

　　　Defendant Edward Harvey has filed an "Addendum to Petitioner's Petition for Extraordinary Writ in the Nature of Habeas Corpus ad subjicien 'dum") which appears to be a request to add certain citations to his previous motion to vacate pursuant to 28 U.S.C. § 2255 motion. The court hereby permits the addendum although it does not cure the lack of merit in his § 2255 motion. The § 2255 motion is denied as amended.

　　　The court failed to state in its original order denying defendant's motion whether it denied or granted a certificate of appealability. Therefore, the court hereby denies a certificate of apealability both as to the original motion and as to the motion as amended. Defendant has not made "a

1  substantial showing of the denial of a constitutional right."  The court believes that defendant's
2  request for relief under § 2255 is without any merit and that no reasonable jurist would conclude
3  otherwise.  Defendant's request to proceed in forma pauperis is also denied.
4       No further filings should be made in the district court related to defendant's previously filed
5  motions.

7  DATED:   2/22/11                                              _____
                                                                  RONALD M. WHYTE
8                                                                 United States District Judge

28 ORDER GRANTING PETITIONER'S REQUEST TO SUBMIT ADDENDUM; DENYING PETITIONER'S REQUEST TO APPEAL IN FORMA PAUPERIS; AND DENYING CERTIFICATE OF APPEALABILITY

NO. CR-05-00373-RMW

**Copy of Order electronically mailed to:**

**Counsel for the Government:**

Shawna Yen                                      shawna.yen2@usdoj.gov

**Copy of Ordered mailed to:**

Edward Harvey
c/o F.C.I. Loretto
#39728-039
Federal Correction Institution
P.O. Box 1000
Loretto, PA 15940

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

Dated: 2/23/11                    /S/ JG
                                  Chambers of Judge Whyte

ORDER GRANTING PETITIONER'S REQUEST TO SUBMIT ADDENDUM; DENYING PETITIONER'S REQUEST TO APPEAL IN FORMA PAUPERIS; AND DENYING CERTIFICATE OF APPEALABILITY

NO. CR-05-00373-RMW