*E-FILED - 5/4/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD HARVEY,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: C-10-00019 RMW<br><br>Related Criminal Case: No. CR-05-00373 RMW<br><br>ORDER ON MOTION SEEKING CLARIFICATION<br><br>**[Re Docket Nos. 4 and 5 (Action No. C-10-00019 RMW)]** |

Defendant Edward Harvey seeks clarification as to whether his motion under 28 U.S.C. § 2255 which was docketed under the number C-10-00019 RMW on February 7, 2011 has received a final ruling. It has. Harvey's confusion undoubtedly results from the fact that the clerk's office gave his § 2255 motion a separate case number from his criminal case number but docketed most of the events pertaining to the § 2255 motion on the criminal case docket. The confusion may have also have resulted from a difficulty in determining how to classify the various papers filed by Harvey. Nevertheless, the court's orders themselves (docket numbers 126 and 130 in the criminal case CR-05-00373) are captioned with the C-10-00019 number.

The chronology, therefore, is as follows:

January 25, 2011: Harvey's § 2255 motion is denied.

February 7, 2011: Harvey files notice of appeal

February 11, 2001: Harvey's request to add additional citations to his motion is granted. Court reaffirms denial of § 2255 motion. Court denies certificate of appealability.

The clerk can close  C-10-00019 (criminal file CR-05-00373 has previously been closed).

To pursue an appeal, Harvey must get the Court of Appeals to issue a certificate of appealability.

DATED:   5/4/11

RONALD M. WHYTE
United States District Judge

ORDER ON MOTION SEEKING CLARIFICATION
NO. CR-05-00373-RMW

2

**Copy of Order electronically mailed to:**

**Counsel for the Government:**

Shawna Yen                                     shawna.yen2@usdoj.gov


**Copy of Ordered mailed to:**

Edward Harvey
c/o F.C.I. Loretto
#39728-039
Federal Correction Institution
P.O. Box 1000
Loretto, PA 15940


Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.


Dated:  5/4/11                           /S/ JG
                                         Chambers of Judge Whyte

ORDER ON MOTION SEEKING CLARIFICATION
NO. CR-05-00373-RMW