*E-FILED - 6/22/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD HARVEY,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C-10-00019 RMW<br><br>Related Criminal Case: No. CR-05-00373 RMW<br><br>ORDER ON MOTIONS FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* AND MOTION FOR EXTENSION OF TIME TO APPLY FOR CERTIFICATE OF APPEALABILITY<br><br>**[Re Docket Nos. 131 and 132 (Action No. CR-05-00373 RMW)]** |

Defendant Edward Harvey seeks to appeal the denial of his Section 2255 motion and requests that he be given *in forma pauperis* status. The district court refused to issue a certificate of appealability. Harvey seeks an extension of time in which to request a certificate from the court of appeal. Since he has filed a notice of appeal, that is deemed a request for a certificate of appealability. Fed. R. App. Proc. 22(b)(2). His request to appeal *in forma pauperis* is denied without prejudice to a request to the court of appeal if he is granted a certificate of appealability.

DATED:   6/22/11

RONALD M. WHYTE
United States District Judge

ORDER ON MOTIONS FOR EXTENSION AND *IFP* STATUS
NO. CR-05-00373-RMW

**Copy of Order electronically mailed to:**

**Counsel for the Government:**

Shawna Yen                                           shawna.yen2@usdoj.gov


**Copy of Ordered mailed to:**

Edward Harvey
c/o F.C.I. Loretto
#39728-039
Federal Correction Institution
P.O. Box 1000
Loretto, PA 15940


Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.


Dated:  6/22/11                                          _____
                                                                        Chambers of Judge Whyte

ORDER ON MOTIONS FOR EXTENSION AND *IFP* STATUS
NO. CR-05-00373-RMW

2